282 So.2d 355

**In re Benny Ralph WILLIAMS**

**v.**

**STATE.**

**Ex parte Benny Ralph Williams.**

**SC 482.**

Supreme Court of Alabama.

Aug. 30, 1973.

James T. Gullage, Opelika, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Benny Ralph Williams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Williams v. State, 51 Ala. App. 1, 282 So.2d 349.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and MADDOX, JJ., concur.

279 So.2d 526

**In re Charles W. WILLIAMS**

**v.**

**E. L. CLARK.**

**Ex parte Charles W. Williams.**

**SC 416.**

Supreme Court of Alabama.

June 21, 1973.

Charles W. Williams, pro se.

No brief for respondent.

HARWOOD, Justice.

Petition of Charles W. Williams for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Williams v. Clark, 50 Ala.App. 352, 279 So.2d 523.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and FAULKNER, JJ., concur.

279 So.2d 538

**In re Carl Edward WILLINGHAM**

**v.**

**STATE.**

**Ex parte Carl Edward Willingham.**

**SC 421.**

Supreme Court of Alabama.

June 21, 1973.

William H. Rogers, Moulton, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Carl Edward Willingham for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Willingham v. State, 50 Ala.App. 363, 279 So.2d 534.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and FAULKNER, JJ., concur.